UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  EP:17-CR-00520(2)-DB |
| | § | |
| (2) FATIMA VEYRA SANSORES MARTINEZ | § | |

ORDER SETTING D.C. ARRAIGNMENT / DETENTION

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **D.C. ARRAIGNMENT / DETENTION**, **April 05, 2017 at 09:30 AM** in **Magistrate Courtroom, Room 712.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **03/31/2017.**

_____
**MIGUEL A. TORRES**
**U.S. MAGISTRATE JUDGE**